PROB 22
Rev.2/88

**TRANSFER OF JURISDICTION**

RECEIVED

MAY 01 2008

DOCKET NUMBER(Tran.Ct)

3-20597-CR-JAL

DOCKET NUMBER(Rec.Ct)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SD/FL, CHICAGO, ILLINOIS | DIVISION SUPERVISED RELEASE |
|---|---|---|

**SHERRI MONIQUE NOBLE**

FILED

U.S. PROBATION OFFICE

NAME OF SENTENCING JUDGE
**THE HONORABLE JOAN LENDARD**

| SD/FL PACTS No. **81880** | MAY 2 7 2008 | DATES OF PROBATION SUPERVISED RELEASE | FROM 12/29/07 | TO 12/28/10 |
|---|---|---|---|---|

08CR 419

OFFENSE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IMPORTATION OF AT LEAST 400 GRAMS OF HEROIN INTO THE UNITED STATES, IN VIOLATION OF 21, U.S. CODE, SECTION 952, A CLASS C FELONY.**

JUDGE KOCORAS

MAGISTRATE JUDGE VALDEZ

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois, Chicago** upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/2/08
Date

_Joan A. Lenard_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT ILLINOIS, CHICAGO**

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 2 2008

Effective Date

United States District Judge