# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT



# FILED

JUL 2   2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Date: 6/26/08

United States District Court
District of Northern Illinois, Chicago

219 South Dearborn Street

*08 cr 419*

Chicago, IL 60604

RE:  Sherri Monique Noble
     Case No.: 04-20597-CR-Lenard

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been
transferred to your court. In compliance with the Transfer of Jurisdiction, the following items are
being forwarded herewith:

    –    (1) original form PROB 22 Transfer of Jurisdiction
    –    (1) certified copy of the Indictment/Information
    –    (1) certified copy of the J&C
    –    (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the
envelope which has been provided.


STEVEN M. LARIMORE
Clerk of Court


by: s/
    Deputy Clerk

Encl.

---

☑400 N. Miami Avenue
Room 8N09
Miami, FL 33128
305-523-5100

☐299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐300 S. Sixth Street
Ft. Pierce, FL 34950
772-595-9691

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida
### MIAMI DIVISION

FILED by _____ D.C.

MAR - 8 2005

CLARENCE MADDOX
CLERK, U.S DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

v.

**Case Number: 04-20597-CR-LENARD 001**

**SHERRI MONIQUE NOBLE**

USM Number: 71135-004

Counsel For Defendant: Celeste Higgins, AFPD
Counsel For The United States: Alicia Shick, AUSA
Court Reporter: Richard Kaufman

The defendant pleaded guilty to Count(s) Two of the Superseding Indictment.
The defendant is adjudicated guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 21 USC § 952(a) | Importation of at least 400 grams of heroin into the United States | 08/02/2004 | 2 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) REMAINING are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
March 2, 2005

JOAN A. LENARD
United States District Judge

March  8  , 2005

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida

By _____
                    Deputy Clerk

Date _____

Case 1:04-cr-20597-JAL    Document 87    Entered on FLSD Docket 03/09/2005    Page 2 of 6

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case    Page 2 of 6

DEFENDANT: SHERRI MONIQUE NOBLE
CASE NUMBER: 04-20597-CR-LENARD 001

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **46 Months as to Count 2**.

The Court makes the following recommendations to the Bureau of Prisons:

     that the Defendant be designated to an institution where she can receive appropriate drug treatment and a facility in Chicago or as close to Chicago as possible.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

DEFENDANT: SHERRI MONIQUE NOBLE
CASE NUMBER: 04-20597-CR-LENARD 001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 48 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: SHERRI MONIQUE NOBLE
CASE NUMBER: 04-20597-CR-LENARD 001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment.

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: SHERRI MONIQUE NOBLE
CASE NUMBER: 04-20597-CR-LENARD 001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | $ | $ |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case                               Page 6 of 6

DEFENDANT: SHERRI MONIQUE NOBLE
CASE NUMBER: 04-20597-CR-LENARD 001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

       A.  Due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the U.S. COURTS and is to be addressed to:**

       **U.S. CLERK'S OFFICE**
       **ATTN: FINANCIAL SECTION**
       **301 N. MIAMI AVENUE, ROOM 150**
       **MIAMI, FLORIDA 33128**

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-20597 CR-LENARD

CASE NO.

MAGISTRATE JUDGE
SIMONTON

21 U.S.C. § 963
21 U.S.C. § 952(a)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

SHERRI MONIQUE NOBLE
and
SHANTAYA B. FOSTER,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 2, 2004, at Miami International Airport, in Miami-Dade County, in the

Southern District of Florida, and elsewhere, the defendants,

**SHERRI MONIQUE NOBLE
and
SHANTAYA B. FOSTER,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and

others unknown to the Grand Jury, to import into the United States from a place outside thereof, a

controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of

Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(2), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

It is further alleged that the mixture and substance containing a detectable amount of cocaine weighed at least five hundred grams.

## COUNT 2

On or about August 2, 2004, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**SHERRI MONIQUE NOBLE**
**and**
**SHANTAYA B. FOSTER,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(2), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

It is further alleged that the mixture and substance containing a detectable amount of cocaine weighed at least five hundred grams.

2

## COUNT 3

On or about August 2, 2004, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### SHERRI MONIQUE NOBLE
### and
### SHANTAYA B. FOSTER,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

It is further alleged that the mixture and substance containing a detectable amount of cocaine weighed at least five hundred grams.

## COUNT 4

On or about August 2, 2004, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### SHERRI MONIQUE NOBLE
### and
### SHANTAYA B. FOSTER,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

3

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

It is further alleged that the mixture and substance containing a detectable amount of cocaine weighed at least five hundred grams.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

SETH ERIC MILES
ASSISTANT UNITED STATES ATTORNEY

> Certified to be a true and
> correct copy of the document on file
> Steven M. Larimore, Clerk,
> U.S. District Court
> Southern District of Florida
> By _____
>                        Deputy Clerk
> Date _____

4

Case 1:04-cr-20597-JAL     Document 8     Entered on FLSD Docket 08/16/2004     Page 5 of 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 20597 CR - LENARD MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA     CASE NO.

vs.

**SHERRI MONIQUE NOBLE**
**and SHANTAYA B. FOSTER,**

_____ Defendant. _____/

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)        Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

x___  Miami   ___ Key West
___  FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No_____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | x | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | x |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) Yes_____
   If yes:
   Magistrate Case No.   04-2938-LJO (defendant Noble)/04-2953-LJO(defendant Foster)
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   08/02/04 _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to
   April 1, 2003? ___ Yes _x_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to
   April 1, 1999? ___ Yes _x_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's
   Office prior to  October 14, 2003? ____ Yes  No _x_

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
    May 18, 2003 ? ____ Yes _x_ No

_____
**SETH ERIC MILES**
**ASSISTANT UNITED STATES ATTORNEY**
Florida Bar No. 0385530

Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: SHERRI MONIQUE NOBLE

Case No. **04-20597** CR-LENARD   MAGISTRATE JUDGE SIMONTON

Count #:1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalty:** 40 Years' Imprisonment

Count #:2

Importation of Cocaine

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** 40 Years' Imprisonment

Count #:3

Conspiracy to Possess with the Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 Years' Imprisonment

Count #:4

Possession with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: SHANTAYA B. FOSTER

Case No: **04 - 20597** CR - LENARD    MAGISTRATE JUDGE
SIMONTON

Count #:1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalty: 40 Years' Imprisonment**

Count #:2

Importation of Cocaine

Title 21, United States Code, Section 952(a)

**\*Max. Penalty: 40 Years' Imprisonment**

Count #:3

Conspiracy to Possess with the Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty: 40 Years' Imprisonment**

Count #:4

Possession with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty: 40 Years' Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

CLOSED

## U.S. District Court
### Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-20597-JAL All Defendants
#### Internal Use Only

Case title: USA v. Noble
Magistrate judge case numbers: 1:04-mj-02938
                                                1:04-mj-02953

Date Filed: 08/13/2004
Date Terminated: 03/08/2005

Assigned to: Judge Joan A. Lenard

### Defendant (1)

**Sherri Monique Noble**
*DOB 7/15/78 Prisoner No.#71135-004*
*TERMINATED: 03/08/2005*

represented by **Celeste Siblesz Higgins**
Federal Public Defender's Office
150 W Flagler Street
17th Floor
Miami, FL 33130-1556
305-530-7000
Fax: 536-4559
Email: celeste_higgins@fd.org
*TERMINATED: 03/08/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

### Pending Counts

21:952=CI.F CONTROLLED SUBSTANCE -
IMPORT - HEROIN
(2s)

### Disposition

Imprisonment for a term of 46 Months, Supervised
Release for a term of 3 years and Total Assessment
in the Amount of $100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

| | Disposition |
|---|---|
| 21:963=NI.F CONSPIRACY TO IMPORT COCAINE INTO THE UNITED STATES (1) | Dismissed |
| 21:963=CI.F CONSPIRACY CONTRL SUBST IMPORT/EXPORT - HEROIN (1s) | Dismissed |
| 21:952A=NI.F IMPORT COCAINE INTO THE UNITED STATES (2) | Dismissed |
| 21:846=NP.F CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE (3) | Dismissed |
| 21:846=CD.F CONSPIRACY DISTRIBUTE CONTRL SUBST - HEROIN (3s) | Dismissed |

21:841A=NP.F POSSESSION WITH THE

INTENT TO DISTRIBUTE COCAINE
(4)                                                             Dismissed

21:841B=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE - HEROIN                                   Dismissed
(4s)

### Highest Offense Level (Terminated)

Felony

### Complaints                                                  Disposition

Possession with intent to distribute cocaine [ 1:04-
m -2938 ]

Assigned to: Judge Joan A. Lenard

Appeals court case numbers: 05-10925-A, 05-
10925-AA

### Defendant (2)

**Shantaya B. Foster**                          represented by   **Manuel Gonzalez, Jr.**
*DOB 10/19/77 Prisoner No.E71142-004*                           2100 Ponce De Leon Boulevard
*TERMINATED: 02/15/2005*                                        Coral Gables, FL 33134
                                                                305-444-1400
                                                                Fax: 443-0903
                                                                *TERMINATED: 12/01/2004*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: CJA Appointment*

### Pending Counts                                              ### Disposition

21:952=CI.F CONTROLLED SUBSTANCE -            Imprisonment for a term of 63 Months as to each
IMPORT - HEROIN                              of counts 2 and 4 to run concurrently, Supervised
(2s)                                         Release for a term of 4 years as to each of counts
                                             2 and 4 to run concurrently and Total Assessment
                                             in the Amount of $200.00

21:841B=CD.F CONTROLLED SUBST               Imprisonment for a term of 63 Months as to each
SELL/DISTR/DISPENSE - HEROIN                 of counts 2 and 4 to run concurrently, Supervised
(4s)                                         Release for a term of 4 years as to each of counts
                                             2 and 4 to run concurrently and Total Assessment
                                             in the Amount of $200.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts                                           ### Disposition

21:963=NI.F CONSPIRACY TO IMPORT
COCAINE INTO THE UNITED STATES                                 Dismissed
(1)

21:963=CI.F CONSPIRACY CONTRL SUBST
IMPORT/EXPORT - HEROIN                                         Acquitted
(1s)

21:952A=NI.F IMPORT COCAINE INTO THE
UNITED STATES                                                 Dismissed

(2)

21:846=NP.F CONSPIRACY TO POSSESS
WITH THE INTENT TO DISTRIBUTE COCAINE
(3)

Dismissed

21:846=CD.F CONSPIRACY DISTRIBUTE
CONTRL SUBST - HEROIN
(3s)

Acquitted

21:841A=NP.F POSSESSION WITH THE
INTENT TO DISTRIBUTE COCAINE
(4)

Dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                         **Disposition**

Possession with intent to distribute cocaine [ 1:04-
m -2953 ]

**Plaintiff**

**USA**                                    represented by **Alicia E. Shick**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9317
Fax: 305-530-6168
Email: alicia.shick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth Eric Miles**
Grossman Roth, P.A.
2525 Ponce De Leon Blvd.
Suite 1150
Miami, FL 33134
305-442-8666
Fax: 305-285-1668
Email: sem@grossmanroth.com
*TERMINATED: 08/30/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2004 | | ARREST of Sherri Monique Noble [ 1:04-m -2938 ] (ma, Deputy Clerk) (Entered: 08/03/2004) |
| 08/03/2004 | 1 | REPORT Commencing Criminal Action as to Sherri Monique Noble DOB: 7/15/78 Prisoner # 71135-004 [ 1:04-m -2938 ] (ma, Deputy Clerk) (Entered: 08/03/2004) |
| 08/03/2004 | 2 | COMPLAINT as to Sherri Monique Noble [ 1:04-m -2938 ] (ma, Deputy Clerk) (Entered: 08/03/2004) |
| 08/03/2004 | 3 | ORDER on Initial Appearance as to Sherri Monique Noble Bond set to Temporary Pretrial Detention for Sherri Monique Noble., for Appointment of Public Defender Arraignment set for 10:00 8/17/04 for Sherri Monique Noble ; Detention hearing set for 10:00 8/5/04 for Sherri Monique Noble ; Preliminary examination set for 10:00 8/17/04 for Sherri Monique |

| | | |
|---|---|---|
| | | Noble ; before Duty Magistrate, , ( Signed by Magistrate Judge John J. O'Sullivan on 8/3/04) Tape # 04A-35-275 CCAP [ 1:04-m -2938 ] (ma, Deputy Clerk) (Entered: 08/03/2004) |
| 08/04/2004 | | ARREST of Shantaya B. Foste [ 1:04-m -2953 ] (ma, Deputy Clerk) (Entered: 08/06/2004) |
| 08/04/2004 | 6 | MOTION by Sherri Monique Noble to preserve evidence [ 1:04-m -2938 ] (ma, Deputy Clerk) (Entered: 08/09/2004) |
| 08/05/2004 | 4 | ORDER as to Sherri Monique Noble to Setting Bond Bond reset to $30,00010%, $50,000 PSB. Both bonds to be co-signed by father. Surrender all travel documents to Pretrial Services., Report to PTS as directed. Gainful employment. Drug treatment and testing as reuired by Pertrial Sevices. Reside with father in Chicago. Travel Southern District of Flolrida, and Nolrthern District of Chicago (Stipulated) for Sherri Monique Noble. ( Signed by Magistrate Judge John J. O'Sullivan on 8/5/04) [EOD Date: 8/5/04] Tape # 04A-37-2069 CCAP [ 1:04-m -2938 ] (ma, Deputy Clerk) (Entered: 08/05/2004) |
| 08/05/2004 | 1 | REPORT Commencing Criminal Action as to Shantaya B. Foste DOB: 10/19/77 Prisoner # 71142-004 [ 1:04-m -2953 ] (ma, Deputy Clerk) (Entered: 08/06/2004) |
| 08/05/2004 | 2 | COMPLAINT as to Shantaya B. Foste [ 1:04-m -2953 ] (ma, Deputy Clerk) (Entered: 08/06/2004) |
| 08/05/2004 | 3 | ORDER on Initial Appearance as to Shantaya B. Foste. CJA appointed Manuel Gonzalez Jr. Bond set to $50,000 CSB/$50,000 PSB (No. Hrg Held) for Shantaya B. Foste. Arraignment set for 10:00 8/19/04 for Shantaya B. Foste ; Preliminary examination set for 10:00 8/19/04 for Shantaya B. Foste ; before Duty Magistrate, , ( Signed by Magistrate Judge John J. O'Sullivan on 8/5/04) Tape # 04A-38-945 CCAP [ 1:04-m -2953 ] (ma, Deputy Clerk) (Entered: 08/06/2004) |
| 08/05/2004 | | Deadline updated as to Shantaya B. Foste, Setting Bond Hearing for 10:00 8/6/04 for Shantaya B. Foste before Duty Magistrate [ 1:04-m -2953 ] (ma, Deputy Clerk) (Entered: 08/06/2004) |
| 08/05/2004 | 7 | ORDER as to Sherri Monique Noble granting [6-1] motion to preserve evidence as to Sherri Monique Noble (1) ( Signed by Magistrate Judge John J. O'Sullivan on 8/5/04) [EOD Date: 8/9/04] CCAP [ 1:04-m -2938 ] (ma, Deputy Clerk) (Entered: 08/09/2004) |
| 08/06/2004 | 4 | ORDER as to Shantaya B. Foster to Setting Bond Bond reset to $50,000 PSB, co-signed by father. Surrender all travel documents to Pretrial Services. Report to Pretial Services as directed. Gainful employment. Travel to the Southern District of Florida, and the Northern District of Illinois. Drug treatment and testing as ordered by Pretrial Services. DEFT. NOT TO BE RELEASED UNTIL FATHER HAS CO-SIGNED BOND. (Hrg Held) for Shantaya B. Foster. ( Signed by Magistrate Judge John J. O'Sullivan on 8/6/04) [EOD Date: 8/6/04] Tape # 04A-39-105 CCAP [ 1:04-m -2953 ] (ma, Deputy Clerk) (Entered: 08/06/2004) |
| 08/06/2004 | 5 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Sherri Monique Noble [ 1:04-m -2938 ] (pf, Deputy Clerk) (Entered: 08/06/2004) |
| 08/11/2004 | 5 | PERSONAL SURETY BOND entered by Shantaya B. Foster in Amount $ 50,000, co-signed by father. Surrender all travel docments to Pretrial Services. Report s directed. Gainful employment. Drug testing and treatment as quired. Travel Southern District of Florida, and the Northern District of Georgia. Approved by Magistrate Judge John J. O'Sullivan . [ 1:04-m -2953 ] (ma, Deputy Clerk) (Entered: 08/11/2004) |
| 08/13/2004 | 8 | INDICTMENT as to Sherri Monique Noble (1) count(s) 1, 2, 3, 4, Shantaya B. Foster (2) count(s) 1, 2, 3, 4 (Criminal Category 1) Magistrate Judge Andrea M. Simonton (Preliminary Examination cancelled.) (md, Deputy Clerk) (Entered: 08/16/2004) |
| 08/18/2004 | 9 | ARRAIGNMENT INFORMATION SHEET for Sherri Monique Noble (1) count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ra, Deputy Clerk) (Entered: 08/18/2004) |
| 08/18/2004 | 10 | STANDING DISCOVERY ORDER as to Sherri Monique Noble all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge John J. O'Sullivan on 08/17/04) Tape # 04A-41-749 CCAP (ra, Deputy Clerk) (Entered: 08/18/2004) |
| 08/19/2004 | 11 | WAIVER of appearance for arraignment by Shantaya B. Foster (ra, Deputy Clerk) (Entered: 08/20/2004) |
| 08/19/2004 | 12 | NOTICE of Assignment of Assistant Public Defender for Sherri Monique Noble. Terminated attorney Public Defender for Sherri Monique Noble AFPD Celeste Siblesz Higgins assigned. (ra, Deputy Clerk) (Entered: 08/23/2004) |
| 08/19/2004 | 13 | WAIVER of appearance for arraignment by Shantaya B. Foster (ra, Deputy Clerk) (Entered: 08/23/2004) |
| 08/25/2004 | 14 | ORDER SETTING CALENDAR CALL AND TRIAL DATE as to Sherri Monique Noble, Shantaya B. Foster Set Jury trial for 10/4/04 for Sherri Monique Noble, for Shantaya B. Foster before Judge Joan A. Lenard , Set calendar call for 2:30 9/29/04 for Sherri Monique Noble, for Shantaya B. Foster before Judge Joan A. Lenard ( Signed by Judge Joan A. Lenard on 08/25/04) [EOD Date: 8/26/04] CCAP (ra, Deputy Clerk) (Entered: 08/26/2004) |
| 08/30/2004 | 15 | NOTICE of Reassignment of US Attorney. Terminated attorney Seth Eric Miles for USA Added Alicia E. Shick (ra, Deputy Clerk) (Entered: 08/31/2004) |
| 08/30/2004 | 16 | NOTICE of Unavailability by USA as to Sherri Monique Noble, Shantaya B. Foster for dates of: 09/13/04 to 09/15/04 (ra, Deputy Clerk) (Entered: 08/31/2004) |
| 08/30/2004 | 17 | NOTICE of Unavailability by USA as to Sherri Monique Noble, Shantaya B. Foster for dates of: 09/13/04 to 09/15/04 (ra, Deputy Clerk) (Entered: 08/31/2004) |
| 09/01/2004 | 18 | RESPONSE to Standing Discovery Order by USA as to Sherri Monique Noble (ra, Deputy Clerk) (Entered: 09/02/2004) |
| 09/01/2004 | 19 | CJA 20 as to Shantaya B. Foster : Appointment of Attorney Manuel Gonzalez Jr. ( Signed by Judge Joan A. Lenard on 8/20/04) (tb, Deputy Clerk) (Entered: 09/07/2004) |
| 09/02/2004 | 20 | NOTICE of filing Original Executed Waiver of Appearance for Arraignment by Shantaya B. Foster (ra, Deputy Clerk) (Entered: 09/07/2004) |
| 09/02/2004 | 21 | WAIVER of Appearance for Arraignment by Shantaya B. Foster [EOD Date: 9/7/04] (ra, Deputy Clerk) (Entered: 09/07/2004) |
| 09/24/2004 | 22 | RESPONSE to Standing Discovery Order by USA as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 09/27/2004) |
| 09/29/2004 | 23 | Minutes of Calendar Call held on 09/29/04 before Judge Joan A. Lenard as to Sherri Monique Noble, Shantaya B. Foster ; Court Reporter Name or Tape #: Richard Kaufman (ra, Deputy Clerk) (Entered: 09/30/2004) |
| 09/29/2004 | | Calendar call as to Sherri Monique Noble, Shantaya B. Foster held before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 09/30/2004) |
| 10/04/2004 | 24 | ORDER granting motion to continue as to Sherri Monique Noble, Shantaya B. Foster Reset Jury trial for 11/15/04 for Sherri Monique Noble, for Shantaya B. Foster before Judge Joan A. Lenard , Reset calendar call for 2:30 11/10/04 for Sherri Monique Noble, for Shantaya B. Foster before Judge Joan A. Lenard (Signed by Judge Joan A. Lenard on 10/04/04) [EOD Date: 10/5/04] CCAP (ra, Deputy Clerk) (Entered: 10/05/2004) |
| 10/05/2004 | 25 | EMERGENCY MOTION by Sherri Monique Noble to Reduce Bond (ct, Deputy Clerk) (Entered: 10/06/2004) |
| 10/07/2004 | 26 | ORDER as to Sherri Monique Noble granting [25-1] motion to Reduce Bond as to Sherri Monique Noble (1) ( Signed by Magistrate Judge John J. O'Sullivan on 10/07/04) [EOD Date: 10/8/04] CCAP (ra, Deputy Clerk) (Entered: 10/08/2004) |
| 10/12/2004 | 27 | Minutes of Emergency Motion for Bond Redu held on 10/07/04 before Magistrate Judge John J. O'Sullivan as to Sherri Monique Noble ; Court Reporter Name or Tape #: 04A-54- |

| | | |
|---|---|---|
| | | 740 (ra, Deputy Clerk) (Entered: 10/13/2004) |
| 10/12/2004 | | Motion hearing as to Sherri Monique Noble re: [25-1] motion to Reduce Bond before Magistrate Judge John J. O'Sullivan (ra, Deputy Clerk) (Entered: 10/13/2004) |
| 10/13/2004 | 28 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Sherri Monique Noble, Shantaya B. Foster (ra, Deputy Clerk) (Entered: 10/14/2004) |
| 10/15/2004 | 29 | SUPERSEDING INDICTMENT as to Sherri Monique Noble (1) count(s) 1s, 2s, 3s, 4s, Shantaya B. Foster (2) count(s) 1s, 2s, 3s, 4s (Criminal Category 4) Magistrate Judge Andrea M. Simonton (hd, Deputy Clerk) (Entered: 10/18/2004) |
| 10/27/2004 | 30 | NOTICE of Change of Address of attorney by Shantaya B. Foster (dg, Deputy Clerk) (Entered: 10/28/2004) |
| 11/01/2004 | 31 | ORDER as to Sherri Monique Noble granting request to revoke her bond (Signed by Judge Patrick A. White on 11/01/04) [EOD Date: 11/2/04] CCAP (ra, Deputy Clerk) Modified on 11/02/2004 (Entered: 11/02/2004) |
| 11/01/2004 | 32 | ARRAIGNMENT INFORMATION SHEET for Sherri Monique Noble (1) count(s) 1s, 2s, 3s, 4s NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ra, Deputy Clerk) (Entered: 11/02/2004) |
| 11/01/2004 | 33 | STANDING DISCOVERY ORDER as to Sherri Monique Noble all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Patrick A. White on 11/01/04) Tape # 04B-35-320 CCAP (ra, Deputy Clerk) (Entered: 11/02/2004) |
| 11/09/2004 | | PLEA entered by Sherri Monique Noble . Court accepts plea. GUILTY: Sherri Monique Noble (1) count(s) 2s (dg, Deputy Clerk) (Entered: 11/12/2004) |
| 11/10/2004 | 34 | Minutes of change of plea held on 11/9/04 before Judge Joan A. Lenard as to Sherri Monique Noble ; Court Reporter Name or Tape #: Richard Kaufman (dg, Deputy Clerk) (Entered: 11/12/2004) |
| 11/10/2004 | 35 | NOTICE of Hearing as to Sherri Monique Noble : set Sentencing for 3:30 1/19/05 for Sherri Monique Noble before Judge Joan A. Lenard (dg, Deputy Clerk) (Entered: 11/12/2004) |
| 11/10/2004 | 36 | SECOND SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Sherri Monique Noble, Shantaya B. Foster (dg, Deputy Clerk) (Entered: 11/12/2004) |
| 11/10/2004 | | Calendar call as to Shantaya B. Foster held before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 11/15/2004) |
| 11/12/2004 | 37 | Minutes of Calendar Call held on 11/10/04 before Judge Joan A. Lenard as to Shantaya B. Foster ; Court Reporter Name or Tape #: Richard Kaufman (ra, Deputy Clerk) (Entered: 11/15/2004) |
| 11/12/2004 | 38 | Plea Agreement as to Sherri Monique Noble (ra, Deputy Clerk) (Entered: 11/15/2004) |
| 11/16/2004 | 39 | MOTION by USA as to Shantaya B. Foster in limine seeking to preclude irrelevant evidence (ra, Deputy Clerk) (Entered: 11/17/2004) |
| 11/17/2004 | 40 | JOINT MOTION by Shantaya B. Foster, USA to continue trial (ra, Deputy Clerk) (Entered: 11/18/2004) |
| 11/17/2004 | 41 | Proposed Voir Dire Questions for entire panel by Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/18/2004) |
| 11/18/2004 | 42 | ORDER as to Shantaya B. Foster denying [40-1] motion to continue trial as to Shantaya B. Foster (2) Response to motion reset to 10:00 11/19/04 for Shantaya B. Foster for [39-1] motion in limine seeking to preclude irrelevant evidence , Motion hearing before Judge Joan A. Lenard set for 2:30 11/19/04 for Shantaya B. Foster for [39-1] motion in limine seeking to preclude irrelevant evidence ( Signed by Judge Joan A. Lenard on 11/18/04) [EOD Date: 11/19/04] CCAP (dg, Deputy Clerk) (Entered: 11/19/2004) |

| 11/19/2004 | 43 | Minutes of Motion Inlimine held on 11/19/04 before Judge Joan A. Lenard as to Shantaya B. Foster; Court Reporter Name or Tape #: Carleen Horenkamp (ra, Deputy Clerk) (Entered: 11/22/2004) |
| 11/19/2004 | | Motion hearing as to Shantaya B. Foster re: [39-1] motion in limine seeking to preclude irrelevant evidence Motion hearing held before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 11/22/2004) |
| 11/19/2004 | 44 | Proposed Voir Dire Questions by USA as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/22/2004) |
| 11/19/2004 | 45 | Requested Jury Instructions by Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/22/2004) |
| 11/19/2004 | 46 | RESPONSE by Shantaya B. Foster to [39-1] motion in limine seeking to preclude irrelevant evidence (ra, Deputy Clerk) (Entered: 11/22/2004) |
| 11/22/2004 | 47 | PROPOSED Witness list by USA as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/23/2004) |
| 11/22/2004 | 48 | Proposed Voir Dire Questions by USA as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/23/2004) |
| 11/22/2004 | 49 | Proposed Jury Instructions by USA as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/23/2004) |
| 11/22/2004 | | Voir dire begun as to Shantaya Foster (2) count(s) 1s, 2s, 3s, 4s (ra, Deputy Clerk) (Entered: 11/24/2004) |
| 11/22/2004 | | Jury trial as to Shantaya B. Foster held before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 11/24/2004) |
| 11/23/2004 | 50 | Minutes of Jury Trial (day 1) held on 11/22/04 before Judge Joan A. Lenard as to Shantaya B. Foster ; Court Reporter Name or Tape #: William Romanishin (ra, Deputy Clerk) (Entered: 11/24/2004) |
| 11/23/2004 | 51 | Court's Jury instructions as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/24/2004) |
| 11/23/2004 | | Jury trial as to Shantaya B. Foster held before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/24/2004 | | Jury trial as to Shantaya B. Foster held before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 12/01/2004) |
| 11/29/2004 | 52 | Minutes of Jury Trial (day 2) held on 11/23/04 before Judge Joan A. Lenard as to Shantaya B. Foster ; Court Reporter Name or Tape #: Richard Kaufman (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 53 | STIPULATION FOR WITHDRAWAL OF EXHIBITS by Shantaya B. Foster, USA as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 53 | ORDER as to Shantaya B. Foster Re: [53-1] stipulation (Signed by Judge Joan A. Lenard on 11/29/04) [EOD Date: 11/30/04] CCAP (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 54 | Question/Note from the Jury to the Court as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 55 | ORDER/RESPONSE FROM THE COURT TO THE JURY QUESTION as to Shantaya B. Foster (Signed by Judge Joan A. Lenard on 11/23/04) [EOD Date: 11/30/04] CCAP (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 56 | Question/Note from the Jury to the Court as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 57 | ORDER/RESPONSE FROM THE COURT TO THE JURY QUESTION as to Shantaya B. Foster (Signed by Judge Joan A. Lenard on 11/24/04) [EOD Date: 11/30/04] CCAP (ra, |

| | | |
|---|---|---|
| | | Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 58 | Question/Note from the Jury to the Court as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 59 | ORDER/RESPONSE FROM THE COURT TO THE JURY QUESTION as to Shantaya B. Foster ( Signed by Judge Joan A. Lenard on 11/24/04) [EOD Date: 11/30/04] CCAP (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 60 | Question/Note from the Jury to the Court as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 61 | Question/Note from the Jury to the Court as to Shantaya B. Foster (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 62 | JURY VERDICT as to Shantaya B. Foster Not Guilty: Shantaya B. Foster (2) count(s) 1s , Guilty: Shantaya B. Foster (2) count(s) 2s , Not Guilty: Shantaya B. Foster (2) count(s) 3s , Guilty: Shantaya B. Foster (2) count(s) 4s (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | 63 | NOTICE of Sentencing Date as to Shantaya B. Foster: Setting Sentencing for 2:30 2/7/05 for Shantaya B. Foster before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 11/30/2004) |
| 11/29/2004 | | Jury trial as to Shantaya B. Foster held before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 12/01/2004) |
| 11/30/2004 | 64 | Minutes of Jury Trial held (day 3) on 11/24/04 before Judge Joan A. Lenard as to Shantaya B. Foster ; Court Reporter Name or Tape #: Richard Kaufman (ra, Deputy Clerk) (Entered: 12/01/2004) |
| 11/30/2004 | 65 | Minutes of Jury Trial (day 4) held on 11/29/04 before Judge Joan A. Lenard as to Shantaya B. Foster; Court Reporter Name or Tape #: Richard Kaufman (ra, Deputy Clerk) (Entered: 12/01/2004) |
| 12/01/2004 | 66 | AO 187 Exhibit list (ra, Deputy Clerk) (Entered: 12/02/2004) |
| 12/01/2004 | 66 | AO 187 Witness list (ra, Deputy Clerk) (Entered: 12/02/2004) |
| 12/01/2004 | | Sentencing held before Judge Joan A. Lenard Shantaya B. Foster (2) count(s) 1s, 3s (ra, Deputy Clerk) (Entered: 12/02/2004) |
| 12/01/2004 | 67 | JUDGMENT as to Shantaya B. Foster (2) count(s) 1s, 3s. Acquitted (Signed by Judge Joan A. Lenard on 12/01/04) [EOD Date: 12/2/04] CCAP (ra, Deputy Clerk) (Entered: 12/02/2004) |
| 12/06/2004 | 68 | MOTION by Shantaya B. Foster for Judgment of Acquittal (ra, Deputy Clerk) (Entered: 12/07/2004) |
| 12/06/2004 | 69 | MOTION by Shantaya B. Foster for new trial (ra, Deputy Clerk) (Entered: 12/07/2004) |
| 12/23/2004 | 70 | MEMORANDUM by USA as to Shantaya B. Foster in opposition to [69-1] motion for new trial, [68-1] motion for Judgment of Acquittal (ra, Deputy Clerk) (Entered: 12/28/2004) |
| 01/13/2005 | 71 | NOTICE of Hearing as to Sherri Monique Noble : Resetting Sentencing for 2:30 2/18/05 for Sherri Monique Noble before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 01/13/2005) |
| 01/13/2005 | 72 | OBJECTION by Shantaya B. Foster to Presentence Investigation Report (nt, Deputy Clerk) (Entered: 01/14/2005) |
| 01/24/2005 | 73 | ORDER as to Shantaya B. Foster denying [68-1] motion for Judgment of Acquittal, denying [69-1] motion for new trial (Signed by Judge Joan A. Lenard on 01/24/05) [EOD Date: 1/26/05] CCAP (ra, Deputy Clerk) (Entered: 01/26/2005) |
| 02/03/2005 | 74 | RESPONSE by USA as to Shantaya B. Foster to [72-1] objection to Presentence Investigation Report (ra, Deputy Clerk) (Entered: 02/04/2005) |

| 02/07/2005 | | Sentencing held before Judge Joan A. Lenard Shantaya B. Foster (2) count(s) 2s, 4s (ra, Deputy Clerk) (Entered: 02/16/2005) |
|---|---|---|
| 02/09/2005 | 75 | Minutes of Sentencing held on 02/07/05 before Judge Joan A. Lenard as to Shantaya B. Foster ; Court Reporter Name or Tape #: Richard Kaufman (ra, Deputy Clerk) (Entered: 02/10/2005) |
| 02/15/2005 | 76 | JUDGMENT as to Shantaya B. Foster (2) count(s) 2s, 4s . Imprisonment for a term of 63 Months as to each of counts 2 and 4 to run concurrently, Supervised Release for a term of 4 years as to each of counts 2 and 4 to run concurrently and Total Assessment in the Amount of $200.00 , Shantaya B. Foster (2) count(s) 1, 2 , 3 , 4 . Dismissed ( Signed by Judge Joan A. Lenard on 02/15/05) [EOD Date: 2/16/05] CCAP (ra, Deputy Clerk) (Entered: 02/16/2005) |
| 02/15/2005 | 77 | NOTICE of Hearing as to Sherri Monique Noble : Setting Sentencing for 3:30 2/25/05 for Sherri Monique Noble before Judge Joan A. Lenard (ra, Deputy Clerk) (Entered: 02/16/2005) |
| 02/16/2005 | 78 | NOTICE OF APPEAL by Shantaya B. Foster re: [76-1] judgment order EOD Date: 2/16/05; Shantaya B. Foster (2) count(s) 2s, 4s; Filing Fee: $ (FEE NOT REQUIRED CJA) Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc, Deputy Clerk) (Entered: 02/17/2005) |
| 02/16/2005 | 79 | SENTENCING MEMORANDUM by Sherri Monique Noble (ra, Deputy Clerk) (Entered: 02/17/2005) |
| 02/17/2005 | | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Shantaya B. Foster [78-1] appeal (nc, Deputy Clerk) (Entered: 02/17/2005) |
| 02/24/2005 | 80 | RESPONSE by USA as to Sherri Monique Noble to [79-1] Sentencing memorandum (ra, Deputy Clerk) (Entered: 02/28/2005) |
| 02/25/2005 | 81 | TRANSCRIPT INFORMATION FORM as to Shantaya B. Foster re: [78-1] appeal received on 2/28/05 from Court Reporter. (Returned to Court Reporter Coordinator) (nc, Deputy Clerk) (Entered: 02/28/2005) |
| 03/02/2005 | 82 | REPLY by USA as to Sherri Monique Noble to response to [79-1] sentencing memorandum (ra, Deputy Clerk) (Entered: 03/03/2005) |
| 03/02/2005 | | Sentencing held before Judge Joan A. Lenard Sherri Monique Noble (1) count(s) 2s (ra, Deputy Clerk) (Entered: 03/09/2005) |
| 03/08/2005 | 83 | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 2/22/05 as to Shantaya B. Foster USCA Number: 05-10925-A (nc, Deputy Clerk) (Entered: 03/08/2005) |
| 03/08/2005 | 84 | TRANSCRIPT INFORMATION FORM as to Shantaya B. Foster re: [78-1] appeal received on 3/9/05 from Court Reporter. (Returned to Court Reporter Coordinator) (nc, Deputy Clerk) (Entered: 03/09/2005) |
| 03/08/2005 | 85 | Plea Agreement as to Sherri Monique Noble (ra, Deputy Clerk) (Entered: 03/09/2005) |
| 03/08/2005 | 86 | Minutes of Sentencing held on 03/02/05 before Judge Joan A. Lenard as to Sherri Monique Noble; Court Reporter Name or Tape #: Richard Kaufman (ra, Deputy Clerk) (Entered: 03/09/2005) |
| 03/08/2005 | 87 | JUDGMENT as to Sherri Monique Noble (1) count(s) 2s. Imprisonment for a term of 46 Months, Supervised Release for a term of 3 years and Total Assessment in the Amount of $100.00 , Sherri Monique Noble (1) count(s) 1s, 1 , 2 , 3s , 3 , 4s , 4 . Dismissed ( Signed by Judge Joan A. Lenard on 03/08/05) [EOD Date: 3/9/05] CCAP (ra, Deputy Clerk) (Entered: 03/09/2005) |
| 03/21/2005 | 88 | ORDER Directing party to submit memorandum in support of request for funds exceeding CJA Statutory Limit as to Shantaya B. Foster (Signed by Judge Joan A. Lenard on 03/21/05) [EOD Date: 3/22/05] CCAP (ra, Deputy Clerk) (Entered: 03/22/2005) |

| 03/28/2005 | 89 | Acknowledgement of Transcript Information Formas to Shantaya B. Foster re: [78-1] appeal by Shantaya B. Foster Transcript of: Trial held 11/22/04 - 11/29/04Transcript due on: 4/15/05 for Shantaya B. Foster ; Court Reporter name: Richard Kaufman (nc, Deputy Clerk) (Entered: 03/31/2005) |
| 04/11/2005 | 90 | Acknowledgement of Transcript Information Formas to Shantaya B. Foster re: [78-1] appeal by Shantaya B. Foster Transcript of: Trial held 11/22/04 @ 9:15amTranscript due on: <date not set> for Shantaya B. Foster ; Court Reporter name: William Romanishin (nc, Deputy Clerk) (Entered: 04/11/2005) |
| 04/11/2005 | 91 | TRANSCRIPT filed as to Shantaya B. Foster of Trial held 11/22/04 @ 9:15am before Judge Joan A. Lenard Volume #: 1 Pages: 1-163 re: [78-1] appeal . (nc, Deputy Clerk) (Entered: 04/11/2005) |
| 04/11/2005 | 92 | Transcript Information Form as to Shantaya B. Foster for Transcript of: Trial held 11/22/04 @ 9:15am filed re: [78-1] appeal by Shantaya B. Foster (nc, Deputy Clerk) (Entered: 04/11/2005) |
| 04/11/2005 | 93 | AFFIDAVIT/MEMORANDUM by Shantaya B. Foster in support of request for funds exceeding CJA statutory limit (bb, Deputy Clerk) (Entered: 04/12/2005) |
| 04/18/2005 | 94 | TRANSCRIPT filed as to Shantaya B. Foster of Jury Trial held 11/23/04 before Judge Joan A. Lenard Pages: 1-74 re: [78-1] appeal . (nc, Deputy Clerk) (Entered: 04/18/2005) |
| 04/18/2005 | 95 | TRANSCRIPT filed as to Shantaya B. Foster of Jury Trial held 11/24/04 before Judge Joan A. Lenard Pages: 75-86 re: [78-1] appeal . (nc, Deputy Clerk) (Entered: 04/18/2005) |
| 04/18/2005 | 96 | TRANSCRIPT filed as to Shantaya B. Foster of Jury Trial held 11/29/04 before Judge Joan A. Lenard Pages: 87-101 re: [78-1] appeal . (nc, Deputy Clerk) Modified on 04/18/2005 (Entered: 04/18/2005) |
| 04/18/2005 | 97 | TRANSCRIPT filed as to Shantaya B. Foster of Sentencing held 2/7/05 before Judge Joan A. Lenard Pages: 1-18 re: [78-1] appeal . (nc, Deputy Clerk) (Entered: 04/18/2005) |
| 04/21/2005 | 98 | Certificate of readiness transmitted to USCA as to Shantaya B. Foster re: [78-1] appeal by Shantaya B. Foster USCA # 05-10925-A (nc, Deputy Clerk) (Entered: 04/21/2005) |
| 04/21/2005 | | Transmitted record on appeal to U.S. Court of Appeals as to Shantaya B. Foster :(Miami Office) Consisting of (1)Volume of Pleadings,(5)Volumes of Transcripts and (1)Sealed Envelope containing PSI Report [78-1] appeal,(nc, Deputy Clerk) (Entered: 04/21/2005) |
| 05/03/2005 | | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR/ROA on 4/25/05; U.S.C.A. # 05-10925-A (nc, Deputy Clerk) (Entered: 05/04/2005) |
| 05/03/2005 | 99 | Acknowledgment of COR/ROA from the 11th Circuit as to Shantaya B. Foster (nc, Deputy Clerk) (Entered: 05/04/2005) |
| 06/06/2005 | 100 | TRANSCRIPT INFORMATION FORM as to Shantaya B. Foster re: [78-1] appeal received on 6/7/05 from Court Reporter. (Returned to Court Reporter Coordinator) (nc, Deputy Clerk) (Entered: 06/08/2005) |
| 06/20/2005 | 101 | USCA Case Number as to Shantaya B. Foster In Re: [78-1] appeal pursuant to appellant's motion to supplement record on appeal with the transcript of pretrial motion hearing is GRANTED USCA NUMBER: 05-10925-AA (hh, Deputy Clerk) (Entered: 06/21/2005) |
| 07/11/2005 | 102 | TRANSCRIPT filed as to Shantaya B. Foster of Hearing on Motions In Limine held 11/19/04 @ 2:30 pm before Judge Joan A. Lenard Pages: 1-28 re: [78-1] appeal . (nc, Deputy Clerk) (Entered: 07/11/2005) |
| 07/11/2005 | 103 | Transcript Information Form as to Shantaya B. Foster for Transcript of: Hearing on Motions In Limine held 11/19/04 @ 2:30 pm filed re: [78-1] appeal by Shantaya B. Foster (nc, Deputy Clerk) (Entered: 07/11/2005) |
| 07/15/2005 | 104 | 1st Supplemental transmitted to USCA as to Shantaya B. Foster re: [78-1] appeal by Shantaya B. Foster USCA # 05-10925-AA (nc, Deputy Clerk) (Entered: 07/15/2005) |

| | | |
|---|---|---|
| 07/15/2005 | | 1st Supplemental Transmitted record on appeal to U.S. Court of Appeals as to Shantaya B. Foster :(Miami Office) Consisting of (1)Volume of Transcript [78-1] appeal (nc, Deputy Clerk) (Entered: 07/15/2005) |
| 07/26/2005 | | ACKNOWLEDGMENT of receipt by U.S.C.A. of: 1st Supplemental on 7/19/05; U.S.C.A. # 05-10925-A (nc, Deputy Clerk) (Entered: 07/26/2005) |
| 07/26/2005 | 105 | Acknowledgment of 1st Supplemental from the 11th Circuit as to Shantaya B. Foster (nc, Deputy Clerk) (Entered: 07/26/2005) |
| 01/20/2006 | 106 | MANDATE OF USCA (certified copy)as to Shantaya B. Foster RE: [78-1] appeal affirming in part, Remanded in part back to the district court with directions to correct the clerical error contained in Foster's judgment/order of the district court with court's opinion Date Issued: 12/2/05 USCA Appeal #: 05-10925-AA; Copy to Judge. (nc, Deputy Clerk) Modified on 01/24/2006 (Entered: 01/24/2006) |
| 01/20/2006 | | Record on appeal returned from U.S. Court of Appeals: (Miami/Records) Consisting of (1) Volume of Pleadings, (5)Volumes of Transcripts and (1)PSI Report [78-1] appeal by Shantaya B. Foster USCA #: 05-10925-AA (nc, Deputy Clerk) (Entered: 01/24/2006) |
| 01/26/2006 | 107 | AMENDED JUDGMENT: Shantaya B. Foster (2) count(s) 2s, 4s . Imprisonment for a term of 63 Months as to each of counts 2 and 4 to run concurrently, Supervised Release for a term of 4 years as to each of counts 2 and 4 to run concurrently and Total Assessment in the Amount of $200.00 ( Signed by Judge Joan A. Lenard on 01/26/06) [EOD Date: 1/30/06] CCAP (bs, Deputy Clerk) (Entered: 01/30/2006) |
| 06/25/2008 | 108 | Probation/Supervised Releasee Jurisdiction Transferred to Northern District of Illinois, Chicago as to Sherri Monique Noble Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (gp) (Entered: 06/26/2008) |
| 06/26/2008 | 109 | Transmittal Letter as to Sherri Monique Noble sent to Northern District of Illinois with Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (gp) (Entered: 06/26/2008) |

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida

By _____
Deputy Clerk

Date _____

PROB 22
Rev . 2/88

**TRANSFER OF JURISDICTION**

RECEIVED
MAY 0 1 2008

DOCKET NUMBER(Tran.Ct)

0420597-CR-JAL
DOCKET NUMBER(Rec.Ct)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT U.S. PROBATION OFFICE SD/FL, MIAMI, CHICAGO, ILLINOIS | DIVISION SUPERVISED RELEASE |
|---|---|---|

**SHERRI MONIQUE NOBLE**      FILED

NAME OF SENTENCING JUDGE
**THE HONORABLE JOAN LENDARD**

| SD/FL PACTS No.  **81880** | J.N    MAY 2 7 2008 | DATES OF PROBATION SUPERVISED RELEASE | FROM 12/29/07 | TO 12/28/10 |
|---|---|---|---|---|

OFFENSE          MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT                    0 8CR 419

**IMPORTATION OF AT LEAST 400 GRAMS OF HEROIN INTO THE UNITED STATES, IN
VIOLATION OF 21, U.S. CODE, SECTION 952, A CLASS C FELONY.**      JUDGE KOCORAS

MAGISTRATE JUDGE VALDEZ

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or
supervised releasee named above be transferred with the records of this Court to the United States District Court
for the **Northern District of Illinois, Chicago** upon the court's order of acceptance of jurisdiction.  This Court
hereby expressly consents that the period of probation or supervised release may be changed by the District Court
to which this transfer is made without further inquiry of this court.*

_4/2/08_
Date

_Joan A. Lenard_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT **ILLINOIS, CHICAGO**

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be
accepted and assumed by this Court from and after the entry of this order.

**DOCKETED**

MAY 2 8 2008

MAY 2 2 2008  MICHAEL W. DOBBINS, CLERK

_James F. Holderman_
United States District Judge

| Effective Date | BY |  |
|---|---|---|

DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: _5-28-08_



**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

312-435-5698

May 28, 2008

Mr. Steven Larimore
Clerk/Court Administrator
United States District Court
321 Wilkie D. Ferguson, Jr.
 United States Courthouse
400 North Miami Avenue
Miami, FL 33128

Dear Clerk:

**Re:  Case number  04-20597  US v Sherri Monique Noble**
Our case number: 08 cr 419 - Northern District of Illinois, Judge Kocoras

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding **Sherri Monique Noble**, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:     Ellenore Duff
       Deputy Clerk

Enclosure